IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Q.D.T., a Minor,                          )
                                          )
        Petitioner,                       )
                                          )
v.                                        )        CIVIL ACTION NO.  2:05cv296-T
                                          )                 [WO]
MICHAEL PROVITT, WARDEN, *et al.,*        )
                                          )
        Respondents.                      )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the

respondents and against the petitioner, and that this action be and is hereby dismissed without

prejudice.

DONE, this the 21st day of April, 2005.


                    _____/s/ Myron H. Thompson_____
                    UNITED STATES DISTRICT JUDGE